# 1: CV 07 0049

IN THE UNITED STATES DISTRICT COURT

FILED
SCRANTON

JAN 10 2007

PER _____

|  |  |
|---|---|
| David E. Ricketts | Docket No. _____ |
| USFMCFFP - Springfield | (To be supplied by the Clerk) |
| P.O. Box 4000 Springfield Missouri | |
| Plaintiff/Petitioner(s), 65801 | ☐ CIVIL RIGHTS COMPLAINT pursuant to 42 U.S.C. §1983 (State Prisoner) |
| -vs- | |
| AW of Unicor Mr. Laws | ☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| Millwright supervisor-Mr. Chesley(sic) | |
| Construction supervisor-Jay Young | ☐ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346, 2671-2680 |
| Weld-2 supervisor Mr. Kratzer(sic) | |
| Warden USP Lewisburg Defendant/Respondent(s). | |

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.
David E. Ricketts #09486-040 medical center for federal prisoners-Springfield P.O.BOX 4000 Springfield Missouri, 65801-4000

B. Defendant Assistant Warden of Unicor Mr. Laws is employed as
(Name of First Defendant)
Assistant Warden
(Position/Title)
with Unicor - USP Lewisburg, P.O. Box 1000
(Employer's Name and Address)
Lewisburg PA. 17837

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
Yes (✓)   No ( )
If your answer is "yes", briefly explain:
Assistant Warden of Unicor, over sees Unicors workers and upholds its policys

Rev. 2/00

C. Defendant _Mr. John Chesley (sic)_ is employed as
   (Name of Second Defendant)
   _Millwright Supervisor_
   (Position/Title)
   with _Unicor at USP Lewisburg, PA._
   (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

   Yes (X)    No ( )

If your answer is "yes", briefly explain:

_Mr. Cheasley (sic) oversees all other supervisors and chooses who does which jobs according to their specific abilities, including upholding Unicor-BOP policy._

D. Using the outline of the form provided, include the above information for any additional defendant(s).

1.) _Construction Supervisor - Jay Young. His duty was to deligate work out to his crews, including upholding BOP and Unicor policys._

2.) _Weld 2 Supervisor Mr. Kieth Keatere (sic). His duty was to deligate which welders did which jobs. Including upholding BOP and Unicor policys._

3.) _Warden of USP Lewisburg during 2004_

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

   Yes (X)    No ( )

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

_Yes - I went through all of the institutional remedies, also workmans compensation and a Tort claim._

- 2 -

1. Parties to previous lawsuits:
   Plaintiff(s) ~~attached above~~ David Rickett

   Defendant(s) Mr Laws, Mr Cheasley (sic) Mr. Young, And Mr Kratzer (sic)

2. Court (if Federal Court, name the District; if State Court, name the County) _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   All were denighed

7. Approximate date of filing lawsuit   May of 2005

8. Approximate date of disposition   Oct 23, 2006

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? Yes

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? BP-8½, 9, 10, 11. Workmans Comp And a Tort Claim.

   2. What was the result? My BP's were denied as being untimely. My Workmans Comp was denied. My Tort Claim was denied because they said it was a Workmans Comp Claim.

D. If your answer is "no", explain why not. _____

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes (·)  No ( )

F. If your answer is "yes",
  1. What steps did you take? _____
  _____
  _____

  2. What was the result? _____
  _____
  _____

G. If your answer is "no", explain why not. _____
_____
_____
_____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
I do not have the money to copy all of the documents but I do have them.

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

On August 20, 2004 I was welding in the weld 2 area and was stabbed 23 times with a class A tool 3/8 in Philips screwdriver. 22 of those times were all within a 1 inch area of my necks spinal column which broke my neck in 2 places and killed half of my spinal cord between C-2,3 and 4 leaving me paralized on half of my body called a BROWN SEGUARD injury. 1 stab was down thru my shoulder and punctured my lung. The scar tissue surrounding my spinal cord rub up against my spinal cord causing me great pain and now I suffer from spasms.
There are clear guidelines set forth concerning "Class A" tools. A work order is needed to go from one shop to another and is supposed to be in a locked tool box until the

person with the work order gets to his destenation where it is unlocked.

Otherwise, a correctional officer must accompany the inmate while using the class A tool.

Because I was not found for so long, it is quite obvious that the 2 supervisors running the weld 2 shop failed to protect me or did their rounds.

Richard Vardanski (sic) was able to make it threw 2 locked security doors, the millwright shop door and the metal wharehouse door, without a work order.

Because the weld 2 shop was just being started started up within a 3 week period, there were no security camera's installed.

While at the hospital I was asked questions by the FBI and told them that I was attacked from behind and didn't remember anything.

I was questioned repeatedly by different Lt's on duty guarding me and they gave statements saying that Mr Vardanski (sic) heard me stamps and was saying "I told you I was going to fucking pay you punk".

I neither made those statements or was drugged up to the point I didn't know what I was saying.

I was accused of having something to do with drug dealing which ended up w/ me being stabbed, which was false.

The rules that govern the use and supervision of a class A tool - 3/8 inch philips screwdriver were not followed and the defendants listed had the legal obligation to keep me from being stabbed with a class A tool.

Therefore I request a jury to decide.

V.  **REQUEST FOR RELIEF**

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I am asking a sum of $5,000,000.00 for the negligence of the BOP for being paralized for life, pain and suffering, and 70% of my grade 1 unicor pay plus the back 70% Grade 1 unicor pay from August 20, 2004, to the present. I also seek monthly payments for the ~~ability~~ loss of the ability to work.

VI. **JURY DEMAND** *(check one box below)*

The plaintiff does [X]    does not [ ]    request a trial by jury. (See Fed.R.Civ.P. 38.)

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 22 day of December, 2006.

_____David Ricketts_____
Signature of Plaintiff

_____
Signature of attorney, if any

Rev. 2/00

- 6 -

Memorandum of Law

1.) This Courts Juridiction arrises under 28 USC 1346 (b). The venue is vested by 28 USC 1402 (b). A special duty is owed to plaintiff by the BOP pursuant to 28 USC 1346 (b)

2.) The BOP had forseeable knowledge of the risk posed to inmates yet took no measures to reduce this threat., resulting in Plaintiffs injurys. The BOP breached it's leagal duty to plaintiff and is liable under Federal Tort Law. Specifically, failure to protect failure to maintain a safe and secure work enviroment, failure to follow BOP standards for the use and movement of "Class A" tools.

3.) Plaintiff has complied with 28 USC 2401 (b) by filling his Tort Claim within the required two years. Plaintiff demanded a sum of $5,000.000.00 and was denied claiming it fell under the guise of a workmans comp claim.

4.) Tort act 28 USC 2671 SEEKING COMPENSATION FOR PERSONAL DAMAGES incured as a direct negligence of the BOP to supervise it's federal officers duties to maintain control of "Class A " tools and the movement of it's workers.

David Rakestraw 17436-045
United States Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri
(65801-4000)

Clerk of Court
Middle District of Penn.
William J. Nealon Federal Building
U.S. Courthouse
235 North Washington Ave.
P.O. Box 1148
Scranton PA.
18501


