UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID E. RICKETTS,** <br>        **PLAINTIFF** | : CIVIL NO. 1:CV-07-0049 <br> : <br> : |
| v. | : ELECTRONICALLY FILED <br> : <br> : |
| **AW OF UNICOR,** *et al.,* <br>        **DEFENDANTS** | : (JUDGE RAMBO) <br> : |

**PRECIPE FOR ENTRY OF APPEARANCE**

TO: Clerk's Office

    Please enter my appearance on behalf of the Plaintiff in the above-captioned matter.

DATE: June 26, 2008

                                              Respectfully Submitted,
                                                /s/ James F. Logue, Esquire
                                            Attorney for Plaintiff
                                            Pa. S. Ct. No. 202170
                                            **BENNLAWFIRM**
                                            103 East Market Street
                                            York, PA 17401
                                            Phone: (717) 852-7020
                                            Fax: (717) 852-8797
                                            jlogue@bennlawfirm.com