DCP:MJB:dlm

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. RICKETTS, | : | NO. 1:CV-07-0049 |
| Plaintiff | : | |
| | : | (Rambo, J.) |
| v. | : | |
| | : | |
| AW OF UNICOR, et al., | : | |
| Defendants | : | Filed Electronically |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE**
**FEDERAL INMATES PURSUANT TO FED. R. CIV. P. 30(a)(2)**

Defendants United States of America, Federal Bureau of Prisons Federal Prison Industries, Keith Kratzer, Raymond Laws, Jay Young, John Sheesley, and Troy Williamson, hereby move the Court for leave to take the depositions of Plaintiff David E. Ricketts and inmate Richard J. Vardenski pursuant to Fed. R. Civ. P. 30(a)(2) as these inmates are confined in prison. A brief in support of this

motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

        Respectfully submitted,

        DENNIS C. PFANNENSCHMIDT
        Chief, Civil Division


        s/ Michael J. Butler
        Michael J. Butler
        Assistant United States Attorney
        PA 81799
        Dawn L. Mayko
        Paralegal Specialist
        United States Attorney's Office
        228 Walnut Street, 2nd Floor
        P.O. Box 11754
        Harrisburg, PA 17108
        Phone:  717-221-4482
        Fax: 717-221-2246
        Michael.J.Butler@usdoj.gov

Dated: November 24, 2009

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. RICKETTS, | : | NO. 1:CV-07-0049 |
| Plaintiff | : | |
| | : | (Rambo, J.) |
| v. | : | |
| | : | |
| AW OF UNICOR, et al., | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on November 24, 2009, she served a copy of the attached

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE FEDERAL INMATES PURSUANT TO FED. R. CIV. P. 30(a)(2)**

by electronic service pursuant to Local Rule 5.7 to the following individuals:

Addressees:

James F. Logue, Esquire
103 East Market Street
York, PA 17401

                                                                 s/ Dawn L. Mayko
                                                                 Dawn L. Mayko
                                                                 Paralegal Specialist