IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. RICKETTS,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:CV-07-00049 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **AW OF UNICOR,** *et al.*, | : | |
| | : | |
| Defendants | : | |

### O R D E R

**AND NOW**, this 3rd day of March, 2010, upon consideration of Plaintiff's unopposed motion for leave to depose Dwayne Miller and Dr. Ernesto Gapasin (Doc. 119), **IT IS HEREBY ORDERED THAT** the motion (Doc. 119) is **GRANTED**. Plaintiff is permitted to depose Mr. Miller and Dr. Gapasin at a place and time suitable to all parties and counsel.

                                                      s/ Sylvia H. Rambo
                                                      United States District Judge